NUMBER 13-00-589-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


TSAI CHI-YI
, Appellant,


v.



HUNG SHRIMP FARM, ET AL.
, Appellees.

___________________________________________________________________


On appeal from the 138th District Court 


of Cameron County, Texas


___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and

Yanez

Opinion Per Curiam



 Appellant, TSAI CHI-YI, attempted to perfect an appeal from a
judgment entered by the 138th District Court of Cameron County,
Texas, in cause number 97-04-1459-B. Judgment in this cause was
signed on May 11, 2000. A timely motion for new trial was filed on
June 9, 2000. Pursuant to Tex. R. App. P. 26.1, appellant's notice of
appeal was due on September 8, 2000, but was not filed until
September 27, 2000. 

 Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. Appellant was advised that, if the
defect was not corrected within ten days from the date of receipt of this
Court's letter, the appeal would be dismissed. Appellant's response
was received on October 6, 2000. Appellees have filed a motion to
dismiss the appeal.

 The Court, having examined and fully considered the documents
on file, appellant's failure to timely perfect his appeal, appellant's
response to this Court's notice, and appellees' motion to dismiss is of
the opinion that the appeal should be dismissed for want of jurisdiction. 
Appellees' motion to dismiss the appeal is dismissed. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of April, 2001.